1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ECOLOGICAL RIGHTS FOUNDATION,                    Case No.  C 03-2612 PVT

                  Plaintiff,

                                  **INTERIM ORDER**

    v.

THE CITY OF PACIFIC GROVE,

                  Defendant.

_____/

      By letter dated April 14, 2006, the parties informed the court that they had entered into

a proposed amendment to the Consent Decree (which was attached).  Following the 45 day

review period required by 40 C.F.R. Section 135.5, the parties requested the court enter the

proposed amendment to the Consent Decree as an amendment to the final judgment in the

action.  By the parties' calculation, the review period would end on June 5, 2006.

      As the issue is not ripe for consideration, the court declines to rule on the matter at this

time.  Additionally, the parties shall file their request by noticed motion or stipulation at the

appropriate time.  *See,* Civ L.R. 7-1 *et seq.*

IT IS SO ORDERED.

Dated:     *4/17/2006*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28