DANIEL COOPER (California State Bar No. 153576)
LAYNE FRIEDRICH (California State Bar No. 195431)
Lawyers for Clean Water
Building 1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
E-mail: cleanwater@sfo.com

MILES J. DOLINGER (California State Bar No. 168084)
Attorney At Law
340 Soquel Avenue, Suite 103
Santa Cruz, CA 95062
Telephone: (831) 466-3600/ Facsimile: (831) 466-3601

Christopher Sproul (State Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
E-mail: csproul@enviroadvocates.com

Attorneys for Plaintiff
Ecological Rights Foundation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff<br><br>vs.<br><br>THE CITY OF PACIFIC GROVE,<br><br>Defendant | CASE NO. C03-2612 PVT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ENTERING AMENDMENT TO THE CONSENT DECREE<br><br>Location: Courtroom 5<br>280 South First Street<br>San Jose, California |

1    WHEREAS, the Court entered a Consent Decree ("the Consent Decree") in this action on
2 June 2, 2004 duly agreed to by plaintiff Ecological Rights Foundation ("ERF") and defendant
3 City of Pacific Grove ("the City");
4    WHEREAS, the parties have executed an Amendment to the Consent Decree, stipulated
5 to the entry of the same, and are requesting the Court to enter the Amendment to the Consent
6 Decree as fair, reasonable and in the public interest;
7    WHEREAS, pursuant to the requirements of 40 C.F.R. § 135.5, on April 14, 2006, the
8 parties sent a copy of this Amendment to the Consent Decree to the United States Department of
9 Justice and the United States Environmental Protection Agency via certified mail;
10    WHEREAS, more than 45 days has elapsed since the United States Department of Justice
11 and the United States Environmental Protection Agency received copies of the Amendment to
12 the Consent Decree and neither agency has commented adversely upon entry of the Amendment
13 to the Consent Decree;
14    NOW, THEREFORE, without adjudication of any issue of fact or law, except as
15 specifically provided herein, and upon the consent and agreement of the parties to this Consent
16 Decree by their authorized officials,
17    IT IS ADJUDGED, ORDERED AND DECREED THAT the Amendment to the Consent
18 Decree previously lodged with the Court and attached hereto is hereby entered as the Judgment
19 of the Court.

21 It is so Stipulated:
22 For Plaintiff Ecological Rights Foundation:
23 Dated: July 5, 2006

24                                                          *Christopher A. Sproul* (signature)

25                                                          _____
26                                                          Christopher Sproul, Counsel for
                                                            Ecological Rights Foundation

For Defendant City of Pacific Grove:

Dated: July 6, 2006

*Heidi Quinn*
Heidi Quinn
De Lay & Laredo
Counsel for City of Pacific Grove

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

Dated: July 18, 2006

*Patricia V. Trumbull*
Patricia V. Trumbull
United States District Court
Magistrate Judge